IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Alabama Department of Public Safety's motion to quash (doc. # 1), it is

ORDERED that on or before October 15, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 28th day of September, 2007.


       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE