IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VERNON ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:07MC3373-MHT ) |
| BARBARA ANN ROBERTS, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Alabama Department of Public Safety's motion to quash (doc. # 1), it is

ORDERED that this matter be and is hereby set for oral argument on October 23, 2007, at 9:00 a.m. This proceeding shall be conducted by telephone conference. The Alabama Department of Public Safety shall set up the telephone conference. The parties shall file briefs on or before October 19, 2007.

Done this 3rd day of October, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE