```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000650
Cashier ID: khaynes
Transaction Date: 10/04/2007
Payer Name: C GREGORY PRICE PC
--------------------------------
PRO HOC VICE
 For: C. GREGORY PRICE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------
CHECK
 Check/Money Order Num: 6501
 Amt Tendered:  $20.00
--------------------------------
Total Due:       $20.00
Total Tendered: $20.00
Change Amt:      $0.00

MPHV/ CHARLES PRICE


2:07-MC-3373-MHT
```