IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERNON ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACTION NO. 2:07mc3373-MHT |
| | ) | |
| BARBARA ANN ROBERTS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the court is the October 4, 2007, motion for admission *pro hac vice* (doc. # 5) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 12th day of October, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE