IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is presently set for oral argument on October 23, 2007, at 9:00 a.m. on the Alabama Department of Public Safety's motion to quash. (doc. # 1) On October 12, 2007, Michael Jolly and Dr. Adel Shaker filed a motion to quash (doc. # 8). Upon consideration of the motion and for good cause, it is

ORDERED that Jolly and Shaker's motion to quash be and is hereby set for oral argument at the same time as the Alabama Department of Public Safety's motion to quash on October 23, 2007, at 9:00 a.m. This proceeding has been set to be conducted by telephone conference. The Alabama Department of Public Safety shall set up the telephone conference.

Done this 15th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE