IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERNON ROBERTS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:07-CV-3373-MHT |
| | ) | |
| BARBARA ANN ROBERTS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STRIKE

**COME NOW** third parties, **Michael Jolly and Dr. Adel Shaker**, by and through Alabama Attorney General, Troy King, via undersigned counsel, and move to strike their previously filed Motion to Quash filed on Friday, October 12, 2007, as said Motion was inadvertently filed with the incorrect District Court.

Respectfully submitted on this 15th day of October, 2007.


   /s/  J. MATT BLEDSOE
J. MATT BLEDSOE
Assistant Attorney General
Counsel for Third parties Jolly and Shaker


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 15th day of October, 2007, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel:

J. Haran Lowe, Jr.                                             haran.lowe@dps.alabama.gov

And that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Barbara Ann Roberts
Cherokee County Jail
110 Cedar Bluff Road
Centre, AL  35960

J. Anderson Davis, Esq.
PO Box 5007
Rome, GA  30162

C. Gregory Price, Esq.
PO Box 69
Rome, GA  30162

Michael O'Dell, Esq.
300 Grand Avenue South, Suite 505
Ft. Payne, AL  35967

US District Court Clerk
600 East First Street
Rome, GA  30161

                                                          /s/  J. MATT BLEDSOE
                                                          OF COUNSEL