IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the October 15, 2007, motion to strike the October 12, 2007, motion to quash filed by Mr. Michael Jolly and Dr. Adel Shaker, in which the movants correctly indicate that the motion was incorrectly filed in this district, it is

ORDERED as follows:

(1)   The motion to strike (doc. # 10) be and is hereby GRANTED.

(2)   This court's October 15, 2007, order (doc. # 9) be and is hereby VACATED.

Done this 15th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE