IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACTION NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that oral argument on the motion to quash be and is hereby RESET from October 23, 2007, to **Monday, October 29, 2007, at 9:30 a.m.**

Done this 16th day of October, 2007.

                                        /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE