IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VERNON ROBERTS, as Personal Representative of the Estate of Martha Darlene Roberts, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA ANN ROBERTS, and ROBERT JOHN SCHIESS, III,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 2:07-MC-3373-MHT |

**MOTION TO BE ADMITTED PRO HAC VICE**

COMES NOW, J. ANDERSON DAVIS, as counsel for Vernon Roberts, Plaintiff in the underlying civil action (i.e. United States District Court for the Northern District of Georgia, Rome Division, Civil Action File No.: 4:07-CV-025-HLM) and files this Motion to Be Admitted Pro Hac Vice in order to respond to the Motion to Quash filed by Haran Lowe, Esquire, on behalf of the deponent and the State of Alabama, and shows as follows:

PREAMBLE

Counsel shows that he has forwarded by United States Express Mail a written Application For Admission To Practice on form M/D-39 as revised 6/04 along with this firm's check for Twenty Dollars ($20.00) [firm check #52994] and the original

208868.1

Certificate of Good Standing in the United States District Court for the Northern District of Georgia, all posted on the 16th day of October 2007.

## **MOTION**

Movant prays that this Honorable Court, pursuant to Local Rule 83.1(b), allow movant to be and appear as counsel admitted Pro Hac Vice for the Plaintiff Vernon Roberts during the pendency of this matter before this Court.

Local Rule 83.1(b) provides that, "Any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person regularly resides or regularly practices law, may, upon request, be admitted pro hac vice by an order of any district judge, magistrate judge, or bankruptcy judge of this Court.  A certificate of good standing from the district in which the attorney is admitted must be attached to his/her request for admission pro hac vice."

In support of this motion, Movant attaches to this Motion a copy of his Application for Admission to Practice (form M/D 39), a copy of his Certificate of Good Standing from the Northern District of Georgia (form AO 136), and a copy of his firm check #52994 for $20.00 which have all been tendered via United States Express Mail and received by the Clerk of the Court.

208868.1

## CONCLUSION

WHEREFORE, J. Anderson Davis prays that this Honorable Court GRANT his Motion to be allowed to appear Pro Hac Vice as counsel for Plaintiff Vernon Roberts and respond to the State of Alabama's Motion to Quash.

Respectfully submitted, this 17th day of October, 2007.

                                **BRINSON, ASKEW, BERRY, SEIGLER,**
                                **RICHARDSON & DAVIS, LLP**

                          By:   s/J. Anderson Davis
                                  J. ANDERSON DAVIS
                                  Georgia Bar No. 211077

Post Office Box 5007
Rome, GA 30162-5007
Phone 706/291-8853            Counsel for Plaintiff Vernon Roberts
Fax 706/234-3574
e-mail: adavis@brinson-askew.com

## CERTIFICATE OF SERVICE

I, J. ANDERSON DAVIS, do hereby certify that I have this day served a copy of the within and foregoing Motion To Be Admitted Pro Hac Vice with the Clerk of Court using the CM/EDF system, which will automatically send notification of such filing to the following parties at interest:

C. Gregory Price, Esquire
Attorney for Defendant Robert John Schiess, III

Robert F. Johnston, Jr., Esquire, Deputy District Attorney
300 Grand Avenue South, Suite 505, DeKalb County Courthouse
Fort Payne, AL  35967

J. Haran Lowe, Jr., Attorney for Department of Public Safety
Legal Unit, Post Office Box 1511, Montgomery, AL  36012

and by United States Mail to:

Barbara Ann Roberts, *Pro Se Defendant,* c/o Cherokee County Jail,
110 Cedar Bluff Road, Centre, AL  35960

This 17th day of October 2007.

                                    s/J. Anderson Davis
                                    J. ANDERSON DAVIS

208868.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VERNON ROBERTS, as Personal Representative of the Estate of Martha Darlene Roberts, Deceased, )))) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.:  2:07-MC-3373-MHT |
| BARBARA ANN ROBERTS, and ROBERT JOHN SCHIESS, III, )) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION
## TO BE ADMITTED *PRO HAC VICE*

The Court, after consideration of the Motion for Admission to Practice Pro Hac Vice by J. Anderson Davis, attorney for Plaintiff in the above-action, and after determining that said attorney is an attorney in Good Standing as admitted to the United States District Court for the Northern District of Georgia, from which this action derives, and good cause having been shown, does hereby Order that J. Anderson Davis shall be admitted in this action *Pro Hac Vice* pursuant to the provisions of Local 83.1(b).

IT IS SO ORDERED, this _____ day of October, 2007.

_____
JUDGE, UNTIED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA

208868.1