IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACTION NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Now pending before the court is the October 17, 2007, motion for admission *pro hac vice* (doc. # 13) filed by plaintiff's counsel. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 17th day of October, 2007.


                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE