IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACTION NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the October 17, 2007, motion for an extension to file a response to the motion to quash (doc. # 13) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the plaintiff be and is hereby GRANTED an extension from October 19, 2007, to October 24, 2007, to file a brief.

Done this 17th day of October, 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE