```
      IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA
```

| | | |
|---|---|---|
| **Vernon Roberts,** | * | |
| **et. al.,** | * | |
|     **Plaintiff,** | * | |
| | * | |
| V. | * | Civil Action No. |
| | * |   2:07mc 3373-MHT |
| | * | |
| **Barbara Ann Roberts,** | * | |
| **et. al.** | * | |
|     **Defendants.** | * | |

### MOTION TO EXTEND TIME FOR FILING BRIEFS

Comes now Alabama Department of Public Safety and Agent Brent Thomas by and through their attorney and moves the Court to extend its October 19, 2007 deadline for filing briefs until October 23, 2007 and as grounds for this motion states as follows:

That the attorney for the agent Thomas and the Alabama Department of Public Safety has a brief due in the Eleventh U. S. Circuit Court of Appeals on October 19, 2007 as well as a report due to an Administrative Law Judge on the October 19, 2007. That the hearing in this matter has been continued

until October 29th, 2007 and therefore the requested extension would not cause delay in this case and would in fact the briefs would be filed 6 days prior to the hearing rather than the 4 days under the October 19th, 2007 hearing date.

Therefore agent Thomas and the Alabama Department of Public safety would ask the cut off date for the briefs in this case be extended until October 23rd, 2007. Respectfully submitted the 17th day of October, 2007.

S/J. Haran Lowe, Jr.
J. Haran Lowe, Jr.
ASB-1215-O76J
haran.lowe@dps.alabama.gov
Attorney for Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J Anderson Davis, Esq.
C. Gregory Price, Esq.

And that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael O'Dell, Esq.
300 Grand Ave. S, Ste. 505
Ft. Payne, AL 35967-0000

Barbara Ann Roberts
Cherokee County Jail
110 Cedar Bluff Rd
Centre, AL 35960-0000

                                        S/ J. Haran Lowe, Jr.
                                        J. Haran Lowe, Jr.