```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000782
Cashier ID: cstrecke
Transaction Date: 10/18/2007
Payer Name: BRINSON ASKEW BERRY
------------------------------------
PRO HOC VICE
 For: J ANDERSON DAVIS
 Case/Party: D-ALM-2-07-MC-003373-001
 Amount:         $20.00
------------------------------------
CHECK
 Remitter: BRINSON ASKEW BERRY
 Check/Money Order Num: 52994
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

DALM207MC003373-MHT

BRINSON ASKEW BERRY SEIGLER
RICHARDSON AND DAVIS LLO

PO BOX 5513
ROME GA   30162-5513
```

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Georgia

**CERTIFICATE OF GOOD STANDING**

RECEIVED
2007 OCT 18 A 10: 33
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __James N. Hatten__, *Clerk of this Court,*

certify that __Jesse Anderson Davis__, *Bar #* 211077,

*was duly admitted to practice in this Court on*

__June 18, 1984__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Rome, Georgia__ on __October 16, 2007__.
LOCATION     DATE

James N. Hatten                Brenda Hambert
CLERK                          DEPUTY CLERK