IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNON ROBERTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACTION NO. 2:07mc3373-MHT |
| | ) |
| BARBARA ANN ROBERTS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the October 17, 2007, motion for an extension to file a brief (doc. # 13) filed by the Alabama Department of Public Safety and Agent Brent Thomas. Upon consideration of the motion, it is

ORDERED that the movants be and are hereby GRANTED an extension from October 19, 2007, to October 24, 2007, to file a brief.

Done this 19th day of October, 2007.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE