IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERNON ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACTION NO. 2:07mc3373-MHT |
| | ) | |
| BARBARA ANN ROBERTS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the September 26, 2007, motion to quash (doc. # 1) filed by the Alabama Department of Public Safety and Agent Brent Thomas. Oral argument was held on October 29, 2007. Upon consideration of the motion, it is

ORDERED as follows:

1. To the extent the movant requests that this court quash the subpoena to Thomas to appear before a court reporter for the purpose of taking his deposition, the request be and is hereby DENIED.

2. To the extent the movant requests that this court quash the subpoena to produce and permit inspection and copying of all witness statements which relate to the case of *State v. Barbara Roberts and Robert John Scheiss III*, No. N.D. Ga, 4:07cv25-HLM, the motion be and is hereby GRANTED.[1]

3. To the extent the movant requests that this court quash the subpoena to

---

[1] This order shall not be construed as prohibiting law enforcement officials from voluntarily providing the information to counsel.

produce all other documents, records, photos, notes, summaries, and test results as to the victim and which relate to the case of *State v. Barbara Roberts and Robert John Scheiss III*, No. N.D. Ga, 4:07cv25-HLM, the motion be and is hereby DENIED.

4. Agent Brent Thomas shall produce the names and addresses of all witnesses who have provided witness statements to the movant's counsel, C. Gregory Price. Mr. Price shall not disclose this information to defendant Scheiss, defendant Roberts, the attorneys representing the defendants in the criminal case, and to no other person except as may be necessary for the conduct of the civil case unless a court of competent jurisdiction permits the disclosure by order.

Done this 29th day of October, 2007.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE