IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VERNON ROBERTS, as personal  )
representative of the        )
estate of MARTHA DARLENE     )
ROBERTS, deceased,           )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:07mc3373-MHT
                             )
BARBARA ANN ROBERTS and      )
JOHN ROBERT SCHIESS, III,    )
                             )
     Defendants,             )
                             )
ALABAMA DEPARTMENT OF        )
PUBLIC SAFETY, et al.,       )
                             )
     Movants.                )
```

ORDER

It is ORDERED that the request for review (Doc. No. 25) is granted and the partial objection (Doc. No. 25) is set for submission, without oral argument, on November 21, 2007, with all briefs due by said date.

DONE, this the 8th day of November, 2007.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE