IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VERNON ROBERTS, as personal )
representative of the       )
estate of MARTHA DARLENE    )
ROBERTS, deceased,          )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )          2:07mc3373-MHT
                            )
BARBARA ANN ROBERTS and     )
JOHN ROBERT SCHIESS, III,   )
                            )
    Defendants,             )
                            )
ALABAMA DEPARTMENT OF       )
PUBLIC SAFETY, et al.,      )
                            )
    Movants.                )
```

ORDER

Upon consideration of defendant John Robert Scheiss, III's partial objections and appeal (doc. no. 25), it is ORDERED that this matter be remanded to the magistrate judge for a written explanation of why he denied the discovery at issue. While a written explanation need not always attend a discovery order, such an explanation setting forth the magistrate judge's legal and factual

reasons would greatly help the court in the disposition of the objections and ths appeal.

DONE, this the 28th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE