IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VERNON ROBERTS, as personal )
representative of the        )
estate of MARTHA DARLENE     )
ROBERTS, deceased,           )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:07mc3373-MHT
                             )
BARBARA ANN ROBERTS and      )
JOHN ROBERT SCHIESS, III,    )
                             )
    Defendants,              )
                             )
ALABAMA DEPARTMENT OF        )
PUBLIC SAFETY, et al.,       )
                             )
    Movants.                 )
```

ORDER

In light of the response from the magistrate judge (Doc. No. 30), it is ORDERED that the parties are allowed until December 11, 2007, to file any supplemental briefs.

DONE, this the 4th day of December, 2007.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE